IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JEREMY GREER and ERIN GREER,       )
                                   )
          Plaintiffs,              )
                                   )
     v.                            )          CV 124-215
                                   )
BALFOUR BEATTY COMMUNITIES,        )
LLC, et al.,                       )
                                   )
          Defendants.              )

_____

**O R D E R**

_____

The above-captioned case was filed on November 27, 2024, Defendants waived service of a summons on December 23, 2024, and Defendants filed an answer and a motion for partial dismissal on February 18, 2025.  (Doc. nos. 1, 6, 7, 8.)  The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed.  (See doc. no. 4.)  However, no Rule 26(f) Report has been filed.  The pendency of the motion to dismiss before the presiding District Judge does not excuse the parties' obligation to confer pursuant to Federal Rule 26.

Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of the conference.  The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 12th day of March, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA